in criminal cases to comply with rule 1022.11 (a) *(see, People v Zanghi,* 159 AD2d 1030). Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ PEOPLE v ROBERT KENDRICKS, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Same memorandum as in *People v Storms* (161 AD2d 1215 [decided herewith]). Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ PEOPLE v LUCINDA ROSE, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Same memorandum as in *People v Storms* (161 AD2d 1215 [decided herewith]). Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ PEOPLE v RONALD MESAGNA, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Same memorandum as in *People v Storms* (161 AD2d 1215 [decided herewith]). Present—Doerr, J. P., Boomer, Green, Balio and Davis, JJ.

■ PEOPLE v GENOVEVA SISAT, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Memorandum: We again remind counsel of their obligation to comply with 22 NYCRR 1022.11 (a) *(see, People v Storms,* 161 AD2d 1215 [decided herewith]; *People v Zanghi,* 159 AD2d 1030). Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.

■ PEOPLE v BETANCES DANTE, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Same memorandum as in *People v Sisat* (161 AD2d 1216 [decided herewith]). Present—Doerr, J. P., Boomer, Green, Lawton and Lowery, JJ.

■ PEOPLE v JOSE CANDELARIO, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before June 11, 1990. Same memorandum as in *People v Sisat* (161 AD2d 1216 [decided herewith]). Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ PEOPLE v DEVON SCOTT, Defendant.—Motion to extend